# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**SALLY RIVET**
                      **Plaintiff**

**V.**

**CIVIL ACTION**

**NO.   10CV11819-RWZ**

**MONARCH RESOLUTION LLC ET AL**
                      **Defendant**

## STIPULATION FOR DISMISSAL

      **Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed.**

      **Dated this   17TH day of   MAY, 2011.**

        **s/ Lisa A. Urso**
        **Deputy Clerk**